UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ALONSO RODRIGUEZ-REMEGIO
    aka Francisco Lopez,

        Defendant.

CR 1:12 CR 00065 AWI DLB

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

Date: April 23, 2012
Time: 1:00 p.m.

THE PARTIES HEREBY STIPULATE AND AGREE that the status conference now set for the date and time indicated above may be continued to May 29, 2012, at 1:00 p.m.

It is also stipulated that the period from April 23, 2012, to May 29, 2012, shall be excluded from the calculation of time in which the trial of the above captioned matter must commence pursuant to the Speedy Trial Act, 18 U.S.C. section 3161(c). The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance.

////

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

Such continuance is required due to the need for effective preparation of counsel.  Specifically, the government has agreed to provide defense counsel with discovery pertaining to the underlying deportation order from 1996, which forms the basis for the present charges.  This material is expected to be received by the government shortly.

Additionally, defense counsel is informed and believes that the defendant was recently moved from the Fresno jail to Kern County.  Upon receipt of the above-mentioned discovery and defense counsel's review thereof, the latter will need to travel from San Francisco to Kern County in order to effectively advise the defendant of this material information.

Accordingly, the requested continuance will further the interests of justice, taking into account the exercise of due diligence. (*See* 18 U.S.C. sections 3161(h)(8)(A) and (B)(iv).)

Dated: April 18, 2012

/s/ IAN L. GARRIQUES              /s/ SARA ZALKIN
IAN L. GARRIQUES                  SARA ZALKIN
Assistant United States Attorney  Attorney for Defendant

**GOOD CAUSE APPEARING,**

IT IS SO ORDERED.

**Dated:   April 19, 2012**           **/s/ Dennis L. Beck**
                                   UNITED STATES MAGISTRATE JUDGE

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331