BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ALONSO RODRIGUEZ-REMEGIO<br>　aka Francisco Lopez,<br><br>　　　　　　Defendant. | ) Case No. 1:12-CR-00065-AWI-DLB<br>)<br>) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE; ORDER<br>)<br>)<br>) Date:　June 25, 2012<br>) Time:　1:00 p.m.<br>) Judge: Hon. Dennis L. Beck<br>)<br>)<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference now set for May 29, 2012, may be continued to **June 25, 2012, at 1:00 p.m.**

The reason for the continuance is to allow for further case preparation, investigation, and plea negotiations. Specifically, the additional time is necessary for further discussion regarding a potential resolution of this case and for defense consideration of supplemental discovery provided by the government. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the

public and the defendant in a speedy trial and that the delay

from the continuance shall be excluded from the calculation of

time under the Speedy Trial Act pursuant to 18 U.S.C. §§

3161(h)(7)(A) and (B)(iv).

Dated: May 23, 2012                    Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                               By:    /s/ Ian L. Garriques
                                       IAN L. GARRIQUES
                                       Assistant U.S. Attorney

Dated: May 23, 2012            By:    /s/ Sara Zalkin
                                       SARA ZALKIN
                                       Attorney for Defendant


## O R D E R

    The intervening period of delay shall be excluded in the

interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

3161(h)(7)(B)(iv).

    IT IS SO ORDERED.

    **Dated:   May 25, 2012**          _____ **/s/ Dennis L. Beck**_____
                                       UNITED STATES MAGISTRATE JUDGE