SARA ZALKIN, SBN 223044
Pier 5 Law Offices
506 Broadway
San Francisco, CA 94133
415/986-5591 tel.
415/421-1331 fax

Attorney for Defendant
ALONSO RODRIGUEZ-REMEGIO
aka Francisco Lopez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 1:12 CR 00065 AWI DLB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO ADVANCE SENTENCING HEARING |
| v. | |
| ALONSO RODRIGUEZ-REMEGIO aka Francisco Lopez, | Date: November 5, 2012 Time: 10:00 a.m. |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that the sentencing hearing now set for November 5, 2012, may be advanced to October 22, 2012, at 10:00 a.m, with the court's consent.

Dated: June 20, 2012

/s/ WALLACE J. LEE                           /s/ SARA ZALKIN
WALLACE J. LEE                               SARA ZALKIN
Assistant United States Attorney             Attorney for Defendant

**GOOD CAUSE APPEARING**,

IT IS SO ORDERED.

Dated:  October 2, 2012
                                             CHIEF UNITED STATES DISTRICT JUDGE