FILED
OCT 22 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiffs, ) | No 1:12-CR-00065-AWI |
| vs. ) | ORDER OF RELEASE |
| ALONSO RODRIGUEZ REMEGIO ) | |
| Defendant. ) | |

The above named defendant having been sentenced on October 22, 2012 to 7 months, (TIME SERVED)

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 10-22-12

ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1